SO ORDERED: June 12, 2013.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| Angela Ranae Treece ) | Case No.: 13-02671-RLM |
| Debtor(s). ) | |

ORDER GRANTING MOTION TO REDEEM PROPERTY

Notice having been given and no objections having been filed.

**IT IS HEREBY ORDERED** that the debtor be allowed to redeem the property described as:

Kirby Vacuum

by paying to the creditor, United Consumer Financial Services, the sum of $50.00, upon receipt of which said creditor shall furnish debtor a lien-free title thereto.

# # #